# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CAROL ANN MOORE**                          **PLAINTIFF**

V.                 No. 4:21-cv-00340-LPR-ERE

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**            **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. After a careful and *de novo* review of the Recommendation, the objections, and the record, the Court approves and adopts the Recommended Disposition in its entirety.

IT IS THEREFORE ORDERED THAT the Defendant's decision is AFFIRMED, and judgment is entered in favor of Defendant.

DATED this 8th day of September, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE