# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CAROL ANN MOORE**                                                                                             **PLAINTIFF**

V.                              No. 4:21-cv-00340-LPR-ERE

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, judgment is entered in favor of Defendant. The Defendant's decision is affirmed.

DATED this 8th day of September, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE